**DISMISS and Opinion Filed October 25, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00420-CV

**626 IT SYSTEMS, LLC, Appellant**
**V.**
**MARY E. ERICKSON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05297-B**

## MEMORANDUM OPINION

Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Stoddart

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

180420F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

626 IT SYSTEMS, LLC, Appellant

No. 05-18-00420-CV          V.

MARY E. ERICKSON, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-05297-B.
Opinion delivered by Justice Stoddart.
Justices Whitehill and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee MARY E. ERICKSON recover her costs of this appeal from appellant 626 IT SYSTEMS, LLC.

Judgment entered this 25th day of October, 2018.